# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Case No. 21-30202-WRS
Chapter 13

JARKESHIA MICHELLE FOSTER,

Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by Debtor came before the Court for confirmation on May 13, 2021. For the reasons set forth on the record, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED.

It is FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 14th day of May, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:      Debtor
        Michael Brock, Attorney for Debtor
        Sabrina L. McKinney, Trustee
        All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*